UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
LIBRADO CASTRO,                     )
                                    )    1:05-CV-01518 OWW DLB
                                    )
              Plaintiff,            )
                                    )
      v.                            )    ORDER DISMISSING ACTION
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY,                            )
                                    )
              Defendant.            )
                                    )
_____)
```

Pursuant to the stipulation submitted by the parties,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, and that all parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   October 13, 2006**                **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

1